no substantial evidence in this record of a partial disability of 66⅔% after April 11, 1960. Therefore, the Referee, who will have the case on remission to consider the apportionment between employers, should also consider the extent of the actual continuing partial disability. Award reversed and claim remitted to the Workmen's Compensation Board, with costs to appellants. Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ., concur.

■ 2 (A) In the Matter of JOHN CANTWELL, Respondent, v. MYLES J. LANE, Appellant. (B) In the Matter of WILLIAM F. RICE, JR., as Sheriff of the County of Albany, Respondent, v. MYLES J. LANE, Appellant.— Order settled by extending the time for the appearance of petitioner-respondents to Dec. 27, 1962 at 1:30 P.M. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of THOMAS L. BURNS, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Stay continued until application can be made to the Court of Appeals for leave to appeal, but not later than January 17, 1963. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ SADGE MAIELLO, Respondent, v. PETER HARRINGTON, Appellant. ANTHONY MAIELLO, Respondent, v. PETER HARRINGTON, Appellant.— Motion granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

## (December 13, 1962)

■ HARRY KIRKER, Respondent, v. CHARLES SPALT, Doing Business as SPALT REALTY COMPANY, et al., Appellants. FRANCIS L. McQUIDE et al., Respondents, v. CHARLES SPALT, Doing Business as SPALT REALTY COMPANY, et al., Appellants.— Appellants' motion for extension of time to file records and briefs extended to February 1, 1963. Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.

## (December 21, 1962)

■ In the Matter of JOHN H. PENNOCK, Albany County Attorney, Respondent, v. MYLES J. LANE et al., Individually and Constituting the Temporary State Commission of Investigation of the State of New York, Appellants. — Motion to place appeal on the January 1963 Calendar granted. The appeal is placed on the calendar for January 17. Respondent may file his brief in typewritten or mimeographed form on or before January 14. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ THERESA E. DAISERNIA, as Administratrix of the Estate of NICHOLAS DAISERNIA, Deceased, et al., Respondents, v. CO-OPERATIVE G. L. F. HOLDING CORPORATION, Appellant.— Motion for stay granted upon condition defendant-appellant argue or submit its appeal at the January 1963 Term. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ (A) In the Matter of ALEXANDER A. KUBICK v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles. (B) BERNARD E. MEADE, Appellant, v. STATE OF NEW YORK, Respondent. (C) In the Matter of JAMES M. JOHNSON, Appellant, v. GEORGE BOLDMAN, as District Attorney of Tioga County, Respondent. (D) SYLVAN L. KATZ, an Infant, et al., Appellants, v. STATE OF NEW YORK, Respondent. (E) In the Matter of the Claim of JOSE GUADALUPE, Respondent,

v. ERNEST PEARL, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. (F) In the Matter of the Claim of NICHOLAS ZANNIKOS, Respondent, v. ARISTIDE MITILENEOS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (G) In the Matter of the Claim of HOWARD CATES, Appellant. CHRYSLER CORPORATION, Respondent; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (H) In the Matter of the Claim of LUIS A. MORALES, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (I) In the Matter of the Claim of ERNESTO RIVERA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (J) In the Matter of the Claim of RUTH TERWILLIGER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (K) In the Matter of the Claim of CHARLES P. GOLEC, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (L) In the Matter of the Claim of DORA EVANS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (M) In the Matter of the Claim of LEONARD P. BOSSARD, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (N) In the Matter of the Claim of MAURICE POWERS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (O) In the Matter of the Claim of ELIAS STOCK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Motions to dismiss appeals granted by default, without costs. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ (A) In the Matter of the Claim of JOHN FILIPOWICZ, Respondent, v. DE LAVAL SEPARATOR COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of JOHN BROWN, Respondent, v. INCORPORATED VILLAGE OF OLD BROOKVILLE et al., Appellants, and GLENWOOD HOOK & LADDER, ENGINE & HOSE Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the Matter of LARRY BRINKLEY v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles. (D) MCNAMARA REALTY, INC., Respondent, v. JOHN PONZILLO, Appellant. (E) In the Matter of the Claim of JOSEPH GOLDSTEIN, Respondent, v. I. MENER et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (F) In the Matter of the Claim of LOUIS MONKOFSKY, Appellant, v. CENTRAL & LAUNDRY SERV. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the March 1963 Term on or before February 1, 1963, in which event motions denied. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER H. LISCHAK, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ANGELL, Appellant. (C) In the Matter of CHRISTOPHER M. CRAGG, JR., Appellant, v. RUSSELL G. OSWALD, as Chairman of the Parole Board, Respondent. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON FRANK PARKER, JR., Appellant.— [In each action] Time to perfect appeals extended 90 days. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of WILLIAM P. GRAY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of the Claim of GEORGINA CRUZ, Appellant. UNEMPLOYMENT INSURANCE APPEAL BOARD OF THE STATE OF NEW YORK, Respondent.— Motion for extension of time granted. Appellant to file and serve record, brief